**Abatement Order filed April 12, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00977-CV**
_____

**MATHEW ESTERS, Appellant**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, ET. AL., Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-43005**

---

## A B A T E M E N T   O R D E R

This court has been notified that the trial court will hold a hearing to correct alleged inaccuracies in the reporter's record.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this

court's order.   If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM